FRANK AND NELLIE BROKAMP v. THE METROPOLITAN LIFF INS. CO.

LIFE INSURANCE COMPANY NOT LIABLE FOR PREMIUMS PAID UPON A VOID POLICY.

A life insurance company is not liable for premiums paid upon a void policy issued by one of its agents without the knowledge of the insured and under false representations by the agent.

The plaintiff sued for recovery of $65 paid to the defendant company by one of them as premiums on a policy of insurance on the life of the other, her husband. The petition alleged that the policy, which was for more than $200, was null and void for the reason that it was issued without the knowledge or consent of the insured, and without his having been examined by a physician, and that the application was filled out by an agent of the defendant company, who represented to the wife that the matter was regular in every way, and that relying upon these representations she paid in as premiums on the said void policy the sum here sued for. A demurrer to the petition was sustained below.

BY THE COURT.

This judgment is affirmed upon the reasoning and authority of the case reported in 25 Insurance Law Journal, page 103, and upon the provisions of sec. 3626, Rev. Stat.

*O'Hara & Hoffmeister*, for plaintiff in error.

*C. D. Robertson* and *Robert C. Pugh*, for the insurance company.